(October 27, 1955.)

In the Matter of AUGUSTA WILLEY et al., Appellants, against CHARLES ABRAMS, as STATE RENT ADMINISTRATOR, Respondent, and GOMEZ REALTY CORP., Intervenor-Respondent-Appellant.

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

OSKAR NESTER, Appellant, v. CITY OF NEW YORK, Defendant, and ARTHUR J. W. HILLY, Respondent.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

FIRST DEPARTMENT, MAY, 1955.*

(May 25, 1955.)

DELLA M. GRATTAN et al., Doing Business as D. M. GRATTAN Co., Respondents, v. SOCIETA PER AZZIONI COTONIFICIO CANTONI, Appellant, et al., Defendant.—

Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

SECOND DEPARTMENT, OCTOBER, 1955.

(October 3, 1955.)

COOPER LUMBER COMPANY, Respondent, v. MICHAEL MASONE et al., Copartners Doing Business as MASONE BROTHERS, Appellants.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *ante*, p. 879.]

48–02 VAN DAM STREET REALTY Co., INC., Respondent, v. B & C SERVICE STATION, INC., Appellant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

GOOD-WINE REALTY CORP., Appellant, v. DOCTORS MELITTA et al., Respondents.— Present — Nolan, P. J., MacCrate, Beldock and Ughetta, JJ.; Murphy, J., not voting.

---

* Not published with other decision of May 25, 1955, 285 App. Div. 1143.
— [REP.